IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:18-CR-00004-002 (CAR) |
| **ROBERT JACKSON** | |

## ORDER

On July 11, 2018, the above-named defendant was sentenced to 60 months imprisonment and 3 years of supervised release for the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Carrying a Firearm During and in Relation to a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A). On January 1, 2022, the defendant commenced his term of supervised release in the Northern District of Georgia. On April 4, 2024, the defendant submitted a pro se motion requesting early termination of his supervised release.

The defendant has failed to remain in compliance with all Court-ordered conditions during his term of supervised release. Jackson has failed to maintain a stable, approved residence and has left the judicial district without permission from the Court or the probation officer. The defendant has not met criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the Courts of the United States Courts.

**IT IS HEREBY ORDERED** that the defendant remain on supervised release.

SO ORDERED this 14 day of July, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: KMH